JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL BENNETT,<br>    Petitioner,<br>  v.<br>D. SHINN (Warden),<br>    Respondent. | No. ED CV 17-01833-VBF-JDE<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Daniel Bennett.**

IT IS SO ADJUDGED.

Dated: April 5, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge